

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2014

No. 04-14-00267-CV

**DIATHEGEN, LLC**,
Appellant

v.

**PHYTON BIOTECH, INC**., Phyton Biotech, LLC, Phyton Biotech, GmbH,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17463
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

On December 15, 2014, Appellant filed its reply brief. On December 17, 2014, Appellant filed an unopposed motion to file an amended reply brief containing minor corrections.

Appellant's motion is GRANTED; its amended brief is filed.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2014.

Keith E. Hottle
Clerk of Court